UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE STACY SYLVESTER LEE MERRITT, SR. | § § § § § § | 3:18-MC-00042-B |

## ORDER

The Court has considered the response Stacey Lee Merritt, Sr. filed in this matter and has determined that discipline under the Court's local rules is not warranted.  Accordingly, this matter is **ADMINISTRATIVELY CLOSED.**

SO ORDERED.

AUGUST 7, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE